UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATHAN GENTRY,

        Petitioner,

v.

LES PARISH,

        Respondent.

_____/

Case No. 1:18-cv-701

Honorable Paul L. Maloney

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: March 17, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge