UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NATHAN GENTRY,

        Petitioner,                   Case No. 1:18-cv-701

v.                                      Honorable Paul L. Maloney

LES PARISH,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:   March 17, 2021                           /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge